IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK T. ADDLESPURGER, an individual, ) <br> DENISE L. PALMER, an individual, and ) <br> ENGINEERING DYNAMICS, INC., a ) <br> Pennsylvania Corporation, ) <br>     Plaintiffs, ) <br> ) <br> vs ) <br> ) <br> COMPAQ COMPUTER CORPORATION, a ) <br> Delaware Corporation, HEWLETT-PACKARD ) <br> COMPANY, a Delaware Corporation, and ) <br> COMPUSA, INC., a Delaware Corporation, ) <br>     Defendants, ) <br> ) <br> vs ) <br> ) <br> SONY CORPORATION, a foreign corporation, ) <br>     Additional Defendant, ) <br> ) <br> vs ) <br> ) <br> E-ONE MOLI ENERGY (CANADA) LTD., a ) <br> foreign corporation, ) <br>     Additional Defendant. ) <br> _____ ) <br> MOTORIST INSURANCE COMPANIES, as ) <br> Subrogee of MARK T. ADDLESPURGER and ) <br> DENISE L. PALMER, ) <br>     Plaintiffs, ) <br> ) <br> vs ) <br> ) <br> COMPAQ COMPUTER CORPORATION, ) <br>     Defendant, ) <br> ) <br> vs ) <br> ) <br> SONY CORPORATION, a foreign corporation ) <br> and COMPUSA, INC., a Delaware Corporation, ) <br>     Additional Defendants, ) <br> ) <br> vs ) <br> ) <br> E-ONE MOLI ENERGY (CANADA) LTD., a ) <br> foreign corporation, ) <br>     Additional Defendant. ) | Civil Action No. 07-466 |

O R D E R

AND NOW, this 19th day of June, 2007, after the plaintiffs initiated actions in the Court of Common Pleas of Allegheny County, PA which were later consolidated, and after a notice of removal to this Court was filed by additional defendant E-One Moli Energy (Canada) Ltd., and after a timely motion to remand was filed by defendant Compaq Computer Corporation, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to remand this case to the Court of Common Pleas of Allegheny County, PA filed by defendant Compaq Computer Corporation (Document No. 5) is granted forthwith.

_____
United States District Judge

cc:   All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge